# In the United States District Court
# For the Southern District of Georgia
# Waycross Division
FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 11:11 am, Nov 26, 2019

JUAN JOSE FERNANDEZ-LEAL,

    Petitioner,

v.

TRACY JOHNS,

    Respondent.

CIVIL ACTION NO.: 5:19-cv-13

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. Petitioner Juan Fernandez-Leal ("Fernandez-Leal") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Fernandez-Leal's 28 U.S.C. § 2241 Petition for failure to exhaust his administrative remedies, **DENIES as moot** Fernandez-Leal's Motion to Read and Rule, dkt. no. 18, and **DIRECTS** the Clerk of Court to **CLOSE** this case and

AO 72A
(Rev. 8/82)

enter the appropriate judgment of dismissal.  Additionally, the Court **DENIES** Fernandez-Leal *in forma pauperis* status on appeal.

SO ORDERED, this \_\_26\_\_ day of \_\_November\_\_, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)